# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Terrence James Delaney a/k/a Terrence J. Delaney, a/k/a Terrence Delaney

                    Debtor(s)

BK NO. 24-00067 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
16 Feb 2024, 10:51:46, EST

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: d2dfa3e00278301da8df31a5e151311df086ed882572a7e2492a70add1f370f9