United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Terrence James Delaney  
    Debtor

Case No. 24-00067-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 25, 2024      Form ID: ntcnfhrg      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrence James Delaney, 320 Seven Bridge Road, East Stroudsburg, PA 18301-7935 |
| 5588980 | + | DEMETRIOS H TSAROUHIS ESQ, TSAROUHIS LAW GROUP, 21 S 9TH ST SUITE 200, ALLENTOWN, PA 18102-4861 |
| 5588981 | + | FORSYTHE FINANCE, 225 S EXECUTIVE DR, BROOKFIELD, WI 53005-4257 |
| 5601467 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5588988 | + | METRO PUBLIC ADJUSTMENT, 3551 BRISTOL PIKE, BENSALEM, PA 19020-4685 |
| 5588994 | + | TED'S USED CARS, 1723 WEST MAIN STREET, STROUDSBURG, PA 18360-1072 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5588976 | + | Email/Text: bsimmons@amsher.com | Mar 25 2024 18:50:00 | AMSHER COLLECTION SERVICES, 4524 SOUTHLAKE PARKWAY, SUITE 15, HOOVER, AL 35244-3271 |
| 5588977 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 18:49:16 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5588978 | ^ | MEBN | Mar 25 2024 18:45:04 | CKS PRIME INVESTMENTS, 1800 RT 34 N BLDG 3 STE 305, BELMAR, NJ 07719-9146 |
| 5588979 | | Email/Text: cfcbackoffice@contfinco.com | Mar 25 2024 18:49:00 | CONTINENTAL FINANCE COMPANY, 4550 NEW LINDEN HILL ROAD, SUITE 400, WILMINGTON, DE 19808 |
| 5591401 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 18:48:03 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5589290 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 25 2024 18:49:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5588982 | ^ | MEBN | Mar 25 2024 18:44:48 | HRRG, PO BOX 5406, CINCINNATI, OH 45273-7942 |
| 5588983 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 18:49:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5588984 | ^ | MEBN | Mar 25 2024 18:45:15 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5588985 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2024 18:49:00 | LAKEVIEW LOAN SERVICING LLC, 4425 PONCE DELEON BLVD, MAIL STOP MX5/251, MIAMI, FL 33146-1839 |
| 5588986 | ^ | MEBN | Mar 25 2024 18:44:28 | LENDINGPOINT LLC, 1201 ROBERTS BLVD NW STE 200, KENNESAW, GA 30144-3612 |
| 5603103 | ^ | MEBN | Mar 25 2024 18:44:41 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5588987 | | Email/Text: camanagement@mtb.com | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Mar 25 2024 18:49:00 | M&T BANK, LENDING SERVICES, PO BOX 900, MILLSBORO, DE 19966 |
| 5588989 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE 300, TROY, MI 48083-1271 |
| 5599816 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5588990 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 180946, HARRISBURG, PA 17128-0946 |
| 5588991 | ^ | MEBN | Mar 25 2024 18:45:00 | PA HM ASSOCIATES, C/O ACCOUNT RESOLUTION SERVICES, PO BOX 459079, SUNRISE, FL 33345-9079 |
| 5588992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2024 18:59:38 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5602682 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2024 18:49:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5600720 | | Email/Text: BNCnotices@dcmservices.com | Mar 25 2024 18:49:00 | Pennsylvania HM Associates PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5604353 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2024 18:50:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5588993 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2024 18:48:01 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5588995 | ^ | MEBN | Mar 25 2024 18:45:25 | TOLLS BY MAIL, PO BOX 15183, ALBANY, NY 12212-5183 |
| 5588996 | ^ | MEBN | Mar 25 2024 18:45:26 | VIOLATIONS PROCESSING CENTER, PO BOX 15186, ALBANY, NY 12212-5186 |
| 5588997 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 25 2024 18:50:00 | WEBBANK/FINGERHUT, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
| --- | --- | --- |
| Date: Mar 27, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Credit Acceptance | asr@creditacceptance.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Terrence James Delaney lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terrence James Delaney,
aka Terrence J. Delaney, aka Terrence Delaney,

Chapter 13

**Debtor 1**

Case No. 5:24−bk−00067−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 25, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 25, 2024 |

ntcnfhrg (08/21)