Certificate Number: 12433-PAM-DE-038515098

Bankruptcy Case Number: 24-00067



12433-PAM-DE-038515098

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2024, at 11:24 o'clock PM EDT, Terence J. Delaney completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 28, 2024

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher