In re:  Case No. 24-00067-MJC

Terrence James Delaney  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Feb 21, 2025      Form ID: ordsmiss      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrence James Delaney, 320 Seven Bridge Road, East Stroudsburg, PA 18301-7935 |
| 5588981 | + | FORSYTHE FINANCE, 225 S EXECUTIVE DR, BROOKFIELD, WI 53005-4257 |
| 5613120 | + | Forsythe Finance, LLC, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5601467 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5588988 | + | METRO PUBLIC ADJUSTMENT, 3551 BRISTOL PIKE, BENSALEM, PA 19020-4685 |
| 5588994 | + | TED'S USED CARS, 1723 WEST MAIN STREET, STROUDSBURG, PA 18360-1072 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Feb 21 2025 18:41:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5588976 | + | EDI: AMSHER.COM | Feb 21 2025 23:36:00 | AMSHER COLLECTION SERVICES, 4524 SOUTHLAKE PARKWAY, SUITE 15, HOOVER, AL 35244-3271 |
| 5588977 | + | EDI: CAPITALONE.COM | Feb 21 2025 23:36:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5588977 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 18:49:23 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5588979 | | Email/Text: cfcbackoffice@contfinco.com | Feb 21 2025 18:41:00 | CONTINENTAL FINANCE COMPANY, 4550 NEW LINDEN HILL ROAD, SUITE 400, WILMINGTON, DE 19808 |
| 5591401 | | EDI: CAPITALONE.COM | Feb 21 2025 23:36:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5591401 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 18:49:22 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5589290 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 21 2025 18:41:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5588980 | + | Email/Text: dht@pacollections.com | Feb 21 2025 18:42:00 | DEMETRIOS H TSAROUHIS ESQ, TSAROUHIS LAW GROUP, 21 S 9TH ST SUITE 200, ALLENTOWN, PA 18102-4861 |
| 5613119 | + | Email/Text: dht@pacollections.com | Feb 21 2025 18:42:00 | Demetrios H. Tsarouhis, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5588982 | ^ | MEBN | Feb 21 2025 18:37:23 | HRRG, PO BOX 5406, CINCINNATI, OH 45273-7942 |
| 5588983 | | EDI: IRS.COM | Feb 21 2025 23:36:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5588984 | ^ | MEBN | Feb 21 2025 18:37:25 | KML LAW GROUP, STE 5000-BNY INDEPEN |

| | | | | |
|---|---|---|---|---|
| | | | | CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5588985 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2025 18:41:00 | LAKEVIEW LOAN SERVICING LLC, 4425 PONCE DELEON BLVD, MAIL STOP MX5/251, MIAMI, FL 33146-1839 |
| 5588986 | | Email/Text: Bkynotices@lendingpoint.com | Feb 21 2025 18:42:00 | LENDINGPOINT LLC, 1201 ROBERTS BLVD NW STE 200, KENNESAW, GA 30144 |
| 5603103 | ^ | MEBN | Feb 21 2025 18:37:21 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5588987 | | Email/Text: camanagement@mtb.com | Feb 21 2025 18:42:00 | M&T BANK, LENDING SERVICES, PO BOX 900, MILLSBORO, DE 19966 |
| 5588989 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2025 18:42:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE 300, TROY, MI 48083-1271 |
| 5599816 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2025 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5588990 | | EDI: PENNDEPTREV | Feb 21 2025 23:36:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 180946, HARRISBURG, PA 17128-0946 |
| 5588990 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2025 18:42:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 180946, HARRISBURG, PA 17128-0946 |
| 5588991 | ^ | MEBN | Feb 21 2025 18:37:24 | PA HM ASSOCIATES, C/O ACCOUNT RESOLUTION SERVICES, PO BOX 459079, SUNRISE, FL 33345-9079 |
| 5588992 | | EDI: PRA.COM | Feb 21 2025 23:36:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5602682 | | EDI: PRA.COM | Feb 21 2025 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5600720 | | Email/Text: BNCnotices@dcmservices.com | Feb 21 2025 18:42:00 | Pennsylvania HM Associates PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5604353 | | EDI: Q3G.COM | Feb 21 2025 23:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5588993 | | EDI: SYNC | Feb 21 2025 23:36:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5588993 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 18:59:42 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5588995 | ^ | MEBN | Feb 21 2025 18:37:22 | TOLLS BY MAIL, PO BOX 15183, ALBANY, NY 12212-5183 |
| 5588978 | | Email/Text: dispute@velocityrecoveries.com | Feb 21 2025 18:42:00 | CKS PRIME INVESTMENTS, 1800 RT 34 N BLDG 3 STE 305, BELMAR, NJ 07719 |
| 5588996 | ^ | MEBN | Feb 21 2025 18:37:31 | VIOLATIONS PROCESSING CENTER, PO BOX 15186, ALBANY, NY 12212-5186 |
| 5588997 | + | EDI: BLUESTEM | Feb 21 2025 23:36:00 | WEBBANK/FINGERHUT, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Feb 21, 2025 | Form ID: ordsmiss | Total Noticed: 34 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com |
| Credit Acceptance | asr@creditacceptance.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Terrence James Delaney rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Terrence James Delaney lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Terrence James Delaney, aka Terrence J. Delaney, aka Terrence Delaney, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:24−bk−00067−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 21, 2025

ordsmiss (05/18)